■ LAVERNE, INC., Appellant, v. ROSS F. LITTELL et al., Respondents.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEE SCHLESINGER, Appellant.— ·No opinion. Concur — Breitel, J. P., McNally, Stevens, Eager and Steuer, JJ.. ·